SAMUEL C. TAYLOR (State Bar No. 086580)
MICHAEL J. HARTLEY (State Bar No. 189375)
IMANI GANDY (State Bar No. 223084)
CASONDRA K. RUGA (State Bar No. 237597)
**ALSTON & BIRD LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100

sam.taylor@alston.com
michael.hartley@alston.com
imani.gandy@alston.com
casondra.ruga@alston.com

O

Attorneys for Plaintiffs
**CHEVRON U.S.A. INC.; CHEVRON INTELLECTUAL PROPERTY, LLC**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CHEVRON U.S.A. INC., a Pennyslvania corporation; CHEVRON INTELLECTUAL PROPERTY, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>FGR CORPORATION #1, d/b/a SERVICE DISTRIBUTING, a California corporation, SERVICE OIL, INC., a Nevada corporation<br><br>Defendants. | Case No.: EDCV08-00878 SGL (OPx)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Honorable Stephen G. Larson<br>Date: October 6, 2008<br>Time: 10:00 a.m.<br>Dept.: 1<br><br>Filing Date: July 2, 2008<br><br>[Notice, Supporting Declaration Nos.1 – 9 filed concurrently herewith] |

The Motion for Preliminary Injunction of plaintiffs Chevron U.S.A. Inc., and Chevron Intellectual Property, LLC (collectively "Chevron") came on regularly for hearing on October 6, 2008, at 10:00 a.m. in Courtroom 1, the Honorable Stephen G. Larson presiding. Chevron seeks to enjoin Defendants FGR Corporation #1, d/b/a Service Distributing and Service Oil, Inc. (collectively "Service Distributing") from any use of the following registered trademarks owned by Chevron: the Havoline registered trademarks bearing Registration Nos. 2222798, 2419192, 61806, the Texaco registered logo bearing Registration Nos. 2970584, 2298040, and the Texaco registered trademarks bearing Registrations Nos. 812793, 3158772, 57902, 1209440 (collectively the "Texaco Marks"). Chevron also seeks to enjoin Service Distributing from marketing, advertising or identifying, through trademarks or otherwise, that any products Service Distributing offers for sale are Texaco products.

After full consideration of the evidence presented by the parties, and oral argument, it appears to the satisfaction of the Court that this is a proper case for granting a preliminary injunction, and that Chevron has suffered and will continue to suffer irreparable injury unless the preliminary injunction prayed for is granted:

## PRELIMINARY INJUNCTION

The Court orders that Service Distributing, its officers, agents, servants, employees, attorneys, and all those in active concert or participation with Service Distributing, are enjoined from the following conduct:

1. Using the Havoline registered trademarks bearing Registration Nos. 2222798, 2419192, 61806, the Texaco registered logo bearing Registration Nos. 2970584, 2298040, and the Texaco registered trademarks bearing Registrations Nos. 812793, 3158772, 57902, 1209440 (collectively the "Texaco Marks"), or any other name or mark confusingly similar to any mark in Chevron's family of Texaco Marks, or any component part thereof, alone, or in combination with any words, names, styles, titles, logos, artwork, or other designs, as a trademark, service mark, trade

name, or otherwise (hereinafter referred to as "using the Texaco Marks"), to market, advertise or identify Service Distributing's products or services;

2. Representing that Service Distributing is the owner of, is entitled to use, or is otherwise authorized to use the Texaco Marks, or any other mark confusingly similar thereto, in connection with any good or service;

3. Performing any actions, or using any words, names, styles, titles, logos or marks, which are likely to cause confusion, or mistake, or to deceive, or to otherwise mislead the trade, or the public, into believing that Service Distributing and Chevron are in some way connected, affiliated, or associated with one another; or that Chevron sponsors, supervises, or controls Service Distributing; or that Service Distributing's goods originate with Chevron, or are offered with the approval, consent, authorization, or under the supervision thereof;

4. Using any words, names, styles, titles, or marks which create a likelihood of injury to the business reputation of Chevron, of Chevron's Texaco Marks, or any other mark in Chevron's Texaco family of marks, or the goodwill associated therewith;

5. Assisting, aiding, or abetting any person or business entity in engaging in or performing any of the activities referred to in paragraphs 1 through 5, above.

The Court further orders that Service Distributing, its officers, agents, servants, employees, attorneys, and all those in active concert or participation with Service Distributing, to:

1. Deliver up for destruction all goods, packaging, containers, stationary, signage, advertisements, brochures, promotional materials, business cards, and all other materials of any kind bearing the Texaco Marks, or any other name, mark, or design, confusingly similar to any Texaco Mark, together with all plates, molds, matrices and materials used for making or producing same; and

| | |
|---|---|
| 1 | 2. Supply Chevron with a complete list of entities to whom Service |
| 2 | Distributing has distributed and/or sold any products branded under the Texaco Marks |
| 3 | within the last twelve months. |
| 4 | The Court reserves jurisdiction to modify this preliminary injunction as |
| 5 | the ends of justice may require; |
| 6 | Chevron shall [not] be required to post a bond [in the amount of |
| 7 | $_____] upon the insurance of this Preliminary Injunction. |
| 8 | |
| 9 | IT IS SO ORDERED. |
| 10 | |
| 11 | DATED: October 10, 2008 |
| 12 | Honorable Stephen G. Larson |

1219181.1

3
[PROPOSED] ORDER

1  DATED: October 1, 2008

2  Respectfully submitted,

3  SAMUEL C. TAYLOR
   MICHAEL J. HARTLEY
4  IMANI GANDY
   CASONDRA K. RUGA
5  **ALSTON & BIRD LLP**

6

7  /s/ Michael J. Hartley
   Michael J. Hartley
8  Attorneys for Plaintiffs

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1219181.1