JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CHEVRON U.S.A. INC., a Pennyslvania corporation; CHEVRON INTELLECTUAL PROPERTY LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>FGR CORPORATION #1, d/b/a SERVICE DISTRIBUTING, a California corporation, SERVICE OIL, INC., a Nevada corporation<br><br>Defendants. | Case No.: EDCV08-0878 SGL (OPx)<br><br>**FINAL JUDGMENT**<br><br>**[Stipulation for Entry of Judgment filed concurrently herewith.]**<br><br>Honorable Stephen G. Larson<br>Courtroom: 1<br><br>Filing Date:       July 2, 2008 |

The Court, having read and considered the Stipulation for Entry of Judgment between Plaintiffs Chevron U.S.A. Inc. and Chevron Intellectual Property LLC ("Chevron"), and Defendants FGR Corporation #1, d/b/a Service Distributing ("FGR") and Service Oil, Inc. ("Service Oil"), and good cause appearing therefore, IT IS ORDERED AND ADJUDGED that Judgment be entered as follows:

1. All Causes of Action as plead by Chevron against FGR and Service Oil in Chevron's First Amended Complaint are hereby deemed adjudicated in favor of Chevron and against FGR and Service Oil.

2. FGR and Service Oil shall pay $2,750,000.00 to Chevron, jointly and severally, upon the terms and conditions set forth in the Stipulation for Entry of Judgment;

3. The Court orders as a permanent injunction the preliminary injunction it entered on October 10, 2008, attached hereto as **Exhibit A**, and shall retain continuing jurisdiction to enforce the permanent injunction and the parties' underlying settlement agreement as necessary; and

4. Chevron and Service Distributing shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: May 30, 2009

HONORLABE STEPHEN G. LARSON
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2009, I caused a copy of **[PROPOSED] FINAL JUDGMENT** to be served upon the following counsel in the manner described below:

Via the Court's CM/ECF system:

Robert Joseph Solis
A Professional Law Corporation
501 West Broadway, Suite 1370
San Diego, CA  92101
solis@solislaw.net, srmelvin@kennylaw.net


 /s/   Michael J. Hartley
Attorney for Plaintiffs